IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL W. CROMWELL, as Administrator of the Estate of Arthur Perryman, deceased, | :<br>:<br>: |
| Plaintiff, | :<br>: |
| vs. | : CIVIL ACTION 11-0155-CG-N |
| ADMIRAL INSURANCE CO., and SAFETYNET YOUTH SYSTEMS, LLC, d/b/a SafetyNet Youth Academy, | :<br>:<br>:<br>:<br>: |
| Defendants. | : |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issue raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. §636(b)(1)(B) and dated June 21, 2011 is **ADOPTED** as the opinion of this court. It is **ORDERED** that the motion to realign parties filed by Admiral Insurance (Doc. 5) is **GRANTED**, and that the plaintiff's motion to remand (Doc. 12) is **DENIED**. Defendant Safetynet Youth Systems, LLC is hereby re-aligned as a party plaintiff.

The clerk of court is directed to change the designation of Safetynet Youth Systems, LLC on the docket accordingly.

**DONE and ORDERED** this 7th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE