IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| MICHAEL W. CROMWELL, as Administrator of the Estate of Arthur Perryman, deceased, | ) ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO 11-0155-CG-N |
| ADMIRAL INSURANCE CO., and SAFETYNET YOUTH SYSTEMS, LLC d/b/a/ SafetyNet Youth Academy | ) ) ) ) | |
| Defendants. | ) | |

ORDER

On May 19, 2011, the court granted (doc. 27) the parties' Joint Motion to Continue Deadline (doc. 26), and ordered the parties to file their Report of Parties' Planning Meeting within fourteen days after an order denying the Motion to Remand. On July 7, 2011, the court entered an order (doc. 29) adopting the undersigned's Report and Recommendation (doc. 28), granting defendant's Motion to Realign Parties (doc. 5) and denying plaintiff's Motion to Remand (doc. 12). Thus, the Report of Parties' Planning Meeting was due no later than July 21, 2011. However, no Report was filed.

It is hereby ORDERED that, on or before August 3, 2011, the parties shall meet and confer and shall file their Report of Parties' Planning Meeting. It is further ORDERED that the parties shall SHOW CAUSE for their failure to comply with the deadline established in the order of May 19, 2011.

DONE this the 26th day of July, 2011.

/s/ Katherine P. Nelson
UNITED STATES MAGISTRATE JUDGE