IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MICHAEL W. CROMWELL, ) | |
| As Administrator of the Estate of ) | |
| Arthur Perryman, deceased, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 11-00155-CG-N |
| ) | |
| ADMIRAL INSURANCE CO., ) | |
| ) | |
| Defendant. ) | |

## ORDER

The parties having advised the court that this action has settled, it is **ORDERED, ADJUDGED, and DECREED** that all claims in this case are hereby **DISMISSED WITH PREJUDICE**. Any party may move for reinstatement within the next sixty (60) days should settlement not be consummated. Each party shall bear their own costs.

**DONE and ORDERED** this 27th day of July, 2011.

/s/ Callie V. S. Granade
UNITED STATES DISTRICT JUDGE